UNITED STATES of America ex rel.
Jose RIVERA, Relator-Appellant,

v.

J. Edwin LaVALLEE, Warden of Clinton
Prison, Dannemora, New York,
Respondent.

United States Court of Appeals
Second Circuit.

Argued June 17, 1963.

Decided June 27, 1963.

Edward Q. Carr, Jr., New York City
(Anthony F. Marra, New York City, on
the brief), for relator-appellant.

Mortimer Sattler, Asst. Atty. Gen.,
New York City (Louis J. Lefkowitz,
Atty. Gen., Irving Galt, Asst. Sol. Gen.,
New York City, on the brief), for re-
spondent.

Before LUMBARD, Chief Judge, and
CLARK and HAYS, Circuit Judges.

PER CURIAM.

This is an appeal from an order of
the United States District Court for the
Northern District of New York, Foley,
J., denying without a hearing the appel-
lant's petition for a writ of habeas corpus.

Appellant's counsel conceded at the
argument of this appeal that the appel-
lant has remedies presently available in
the state courts. We find this to be the
fact. See People v. Adams, 12 N.Y.2d
417, 240 N.Y.S.2d 155, 190 N.E.2d 529;
People v. Stanley, 12 N.Y.2d 250, 238
N.Y.S.2d 935, 189 N.E.2d 478 (1963);
People v. Siena (App.Div.), 240 N.Y.S.2d
565. Accordingly, the denial of this peti-
tion is affirmed. United States ex rel.
Kling v. LaVallee, 306 F.2d 199 (2 Cir.
1962).